COM.

v.

**LICIAGA, H.**

**1529 EDA 2016**

Superior Court of Pennsylvania.

03/23/2017

Reargument Denied 6/12/2017

CP–39–CR–0003464–1989

(Lehigh)

Affirmed

■

COM.

v.

**MILLER, H.**

**1609 EDA 2016**

Superior Court of Pennsylvania.

03/23/2017

CP–51–CR–0904411–2004

(Philadelphia)

Affirmed

COM.

v.

**RODRIGUEZ, A.**

**2282 EDA 2016**

Superior Court of Pennsylvania.

03/23/2017

CP–48–CR–0004038–2015

(Northampton)

Appeal Dismissed

■

**IN the INTEREST OF:**
**E.M.G., a Minor**

**2524 EDA 2016**

Superior Court of Pennsylvania.

03/23/2017

CP–51–AP–0000216–2014

(Philadelphia)

Affirmed